UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JULIO J. VALDEZ, | ) | CASE NO. 4:06CV2994 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| FEDERAL BUREAU | ) | |
| OF PRISONS, et al., | ) | ORDER |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

On March 8, 2007, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision (Dkt. # 5). On November 28, 2007, the Magistrate issued an Interim Report and Recommendation, recommending that the Court GRANT the Motions to Dismiss filed by Defendants Dr. Paul Harvey and Dr. Newton Kendig ("Defendants Harvey and Kendig") (Dkt. # 14, 15) and DISMISS Defendants Harvey and Kendig from the above captioned case. (Dkt. # 16).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Interim Report and Recommendation of Magistrate Judge Limbert (Dkt. # 16) is hereby **ADOPTED**. The Motions to Dismiss filed by Defendants Harvey and Kendig are **GRANTED**. (Dkt. # 14, 15).

**IT IS SO ORDERED**.

                                            **/s/ Peter C. Economus – December 17, 2007**
                                            **PETER C. ECONOMUS**
                                            **UNITED STATES DISTRICT JUDGE**