**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JULIO J. VALDEZ,** | ) | **CASE NO.  4:06CV2994** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **FEDERAL BUREAU** | ) | |
| **OF PRISONS, et al.,** | ) | **ORDER** |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

On March 8, 2007, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision (Dkt. # 5).  On August 18, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the Court GRANT the Motions for Summary Judgment filed by Defendants Federal Bureau of Prisons, Dr. Michelle Keller, Dr. John Manenti, Mohammad Azam, SHA and John Doe's (collectively, "Defendants") (Dkt. # 23) and DISMISS the instant case in its entirety with prejudice. (Dkt. # 31).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 31) is hereby **ADOPTED**.  The Motions for Summary Judgment filed by Defendants are **GRANTED** and the case is **DISMISSED** in its entirety with prejudice.  (Dkt. # 23).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – September 8, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**